UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| YODJEU NTEMDE LEOPOLD CAMILLE<br>A201-891-113 | : | DOCKET NO. 21-cv-00600<br>SECTION P |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| U S IMMIGRATION &<br>CUSTOMS ENFORCEMENT | : | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition before this Court be **DENIED** and the matter be **DISMISSED**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 9th day of September, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE